# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phuc Cong Pham, | No. CV-26-02174-PHX-DJH (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, | |
| Respondent. | |

Petitioner challenged his present immigration detention, arguing he was released on an Order of Supervision and was redetained without due process.  (Doc. 1.)  The Court directed Respondents to answer the Petition. (Doc. 3.)  Respondents' response stated:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 8.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his due process claim.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge